UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA HIRT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, a Washington Public Benefits Corporation, and MATRIX ABSENCE MANAGEMENT, INC., a foreign corporation,<br><br>    Defendants. | No. 2:19-cv-02054<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' ANSWER DEADLINE** |

## **STIPULATION**

Plaintiff Linda Hirt and Defendant Kaiser Foundation Health Plan of Washington ("the parties"), by and through their attorneys of record, respectfully request that the Court enter an Order extending the time to answer the Plaintiff's Complaint to Friday, January 31, 2020.

In support of this request, the parties represent the following to the Court:

1. On December 18, 2019, Plaintiff filed the above-captioned lawsuit. *See* Docket No. 1.

2. Copies of the Summons and Complaint were served on Defendant Kaiser Foundation Health Plan of Washington on or about December 20, 2019. *See* Docket No. 4.

3. Copies of the Summons and Complaint were served on Defendant Matrix Absence Management, Inc. on or about December 20, 2019. *See* Docket No. 5.

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
ANSWER DEADLINE - 1
(Case No. 2:19-cv-02054)
4843-1909-4448v.1 0009887-000081

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. Defendant Kaiser Foundation Health Plan of Washington has requested a brief extension of the Answer deadline for both Defendants, and Plaintiff has agreed to this request.

5. The parties stipulate to an extension of the deadline for Defendants' Answer to Plaintiff's Complaint to Friday, January 31, 2020.

Stipulated and respectfully submitted this 9th day of January, 2020.

| | |
|---|---|
| MACDONALD HOAGUE & BAYLESS<br>Attorney for Plaintiff<br>*Electronic signature added per email authorization on January 9, 2020* | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Kaiser Foundation Health Plan of Washington |
| By   */s/ Jeffrey L. Taren*<br>    Jeffrey L. Taren, WSBA #50275<br>    MacDonald Hoague & Bayless<br>    705 Second Avenue, Suite 1500<br>    Seattle, WA 98104<br>    Telephone: 206.622.1604<br>    Fax: 206.343.3961<br>    Email: JeffreyT@mhb.com | By   */s/ Victoria M. Slade*<br>    Sheehan Sullivan, WSBA #33189<br>    Victoria M. Slade, WSBA #44597<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Telephone: 206.622.3150<br>    Fax: 206.757.7700<br>    Email: sheehansullivan@dwt.com<br>    Email: vickyslade@dwt.com |

## **ORDER**

Pursuant to the Stipulation of the Plaintiff and Defendant Kaiser Foundation Health Plan of Washington, docket no. 7, the deadline to file an Answer or response to Plaintiff's Complaint is EXTENDED to Friday, January 31, 2020.

DATED this 14th day of January, 2020.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
ANSWER DEADLINE - 2
(Case No. 2:19-cv-02054)
4843-1909-4448v.1 0009887-000081

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax