HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA HIRT, an individual,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, a Washington Public Benefits Corporation, and MATRIX ABSENCE MANAGEMENT, INC., a foreign corporation,

    Defendants.

No. 2:19-cv-02054-TSZ

STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE

## STIPULATION

Plaintiff Linda Hirt and Defendants Kaiser Foundation Health Plan of Washington and Matrix Absence Management, Inc. (collectively the "Parties") hereby stipulate to extend the deadline for the expert witness disclosure by two weeks—from **August 17, 2020** to **August 31, 2020**. An August 31, 2020 deadline for expert disclosures is more than 90 days prior to trial, as required by FRCP 26(a)(2)(D)(i), and any rebuttal disclosures will be due 30 days thereafter pursuant to FRCP 26(a)(2)(D)(ii), approximately 47 days prior to the discovery cutoff of November 16, 2020. No other deadlines in the Court's scheduling order will need to be changed.

///

///

STIPULATION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE
(Case No. 2:19-cv-02054) - 1
4838-2330-7463v.1 0009887-000081

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED this 13th day of August, 2020.

| | |
|---|---|
| MACDONALD HOAGUE & BAYLESS<br>*Attorneys for Plaintiff*<br>**Electronic signature added, per email authority provided 08/12/2020:**<br>By   */s/ Jeffrey L. Taren*<br>   Jeffrey L. Taren, WSBA #50275<br>   Mika Rothman, WSBA #55870<br>   705 Second Avenue, Suite 1500<br>   Seattle, WA  98104<br>   Telephone:  206.622.1604<br>   Fax:  206.343.3961<br>   Email:  JeffreyT@mhb.com<br>   Email:  MikaR@mhb.com | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendants*<br><br><br>By   */s/ Victoria M. Slade*<br>   Sheehan Sullivan, WSBA #33189<br>   Victoria M. Slade, WSBA #44597<br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA  98104-1610<br>   Telephone:  206.622.3150<br>   Fax:  206.757.7700<br>   Email:  sheehansullivan@dwt.com<br>   Email:  vickyslade@dwt.com |

# ORDER

Pursuant to the Stipulation of counsel, IT IS SO ORDERED.

The deadline for expert disclosures is extended by two weeks—from **August 17, 2020,** to **August 31, 2020**.

DATED this 14th day of August, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE
(Case No. 2:19-cv-02054) - 2
4838-2330-7463v.1 0009887-000081

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax