UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA HIRT, | |
| Plaintiff, | |
| v. | C19-2054 TSZ |
| KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendants' Unopposed Motion to Continue Trial Date and Amend Case Schedule, docket no. 23, is GRANTED.  The Court issues the following amended schedule:

**JURY TRIAL** set for           **9:00 AM on           May 17, 2021**

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 17, shall remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1