UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA HIRT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, a Washington Public Benefits Corporation, and MATRIX ABSENCE MANAGEMENT, INC., a foreign corporation,<br><br>Defendants. | C19-2054 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Case Deadlines re: Expert Discovery and Dispositive Motions, docket no. 28. Pursuant to the Stipulation of counsel, IT IS SO ORDERED.

1. The deadline to complete expert discovery related only to experts disclosed as of this date is extended from to **November 16, 2020**, to **January 25, 2021**.

2. The deadline to file dispositive motions set for December 17, 2020, is extended as follows: Dispositive motions must be filed by **January 25, 2021**, and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR 7(d).

ORDER - 1

3. Remaining case deadlines currently set for January 25, 2021, or later are amended as follows:

|  | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Motions related to Expert Witnesses | 12/24/20 | 02/01/21 |
| Motions in Limine filing | 02/04/21 | 03/15/21 |
| Agreed Pretrial Order | 02/04/21 | 03/15/21 |
| Trial briefs, proposed voir dire questions, jury instructions | 02/19/21 | 03/30/21 |
| Pretrial conference | 02/26/21 | 04/09/21 at 1:30 p.m. |

4. There will be no change to the May 17, 2021, trial date in this matter.

Dated this 6th day of November, 2020.

                                                   _____
                                                   Thomas S. Zilly
                                                   United States District Judge

ORDER - 2